THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CARTER, Appellant.

Argued June 2, 1941; decided July 29, 1941.

*Joseph A. Solovei* for appellant.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed, no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL BERGSTEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM BERGSTEIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX KATZ, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED ROMONDO, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN SCHLOSSBERG, Appellant.

Submitted March 14, 1941; decided July 29, 1941.